# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE WALTER MITCHELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEN CLARK, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:08-cv-01544-LJO DLB PC<br><br>ORDER DIRECTING PLAINTIFF TO FILE RESPONSE<br><br><br><br>TWENTY (20) DAY DEADLINE |

　　　Plaintiff De Walter Mitchell ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 9, 2009, defendants Clark, Kamal and Wright filed a motion to dismiss pursuant to the unenumerated portion of Rule 12(b) and Rule 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiff has not filed an opposition or statement of non-opposition to the motion. Local Rule 78-230.

　　　Plaintiff is HEREBY ORDERED to file a response to the motion within **twenty (20)** days of service of this order. Failure to comply with this order may result in dismissal of this action for failure to obey a court order.

　　　IT IS SO ORDERED.

　　　Dated:　**October 2, 2009**　　　　　　　　　/s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1